

FILED

DEC 14 2004



CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | 04-4191 |
|---|---|
| CINCINNATI INSURANCE COMPANY, | MISC. 04-06 |
| Plaintiff, | |
| vs. | |
| PS INTERNATIONAL, INC., | STIPULATION FOR DISMISSAL |
| Defendants. | |

### STIPULATION

It is hereby stipulated and agreed by and among the above-named parties, through their respective undersigned counsel, that the claims and all causes of action which were brought in plaintiff's Petition for Declaratory Judgment may be dismissed with prejudice and on its merits, that PS International, Inc.'s insurance policy with Cincinnati Insurance Company numbered CPP 0743088 and policy number CCC 4494864 provide no coverage for or duty to defend PS International, Inc. from Highland Tank & Mfg. Co.'s claims in the underlying lawsuit in the United States District Court for the Western District of Pennsylvania, Civil Action No. 04-100J, and each party shall be responisble for their own costs and disbursements herein.

_____
Kathleen Roe
700 Frances Building
505 Fifth Street
Sioux City, IA  51101
(712) 255-4444
ATTORNEYS FOR PLAINTIFF

Date: 12-13-04

_____
David Edwards
100 North Phillips Avenue
Sioux Falls, SD  57104
(605) 335-4950

ATTORNEYS FOR DEFENDANT

Date: 12-10-04