FILED

UNITED STATES DISTRICT COURT

DEC 14 2004

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, | CIV 04-4191 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| PS INTERNATIONAL, INC., | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the stipulation of counsel, it is hereby,

ORDERED, ADJUDGED AND DECREED that the claims and all causes of action which were brought in Plaintiff's Petition for Declaratory Judgment may be dismissed upon the merits, with prejudice, and without costs to either of the parties.

Dated this 14th day of December, 2004.

BY THE COURT:

Lawrence L. Piersol
Chief Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Sharon Louro
DEPUTY